# STATE OF MICHIGAN

## IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

JEFFREY McCARVER,

      Plaintiff,

v.

TARGET STORES, INC., a Foreign Profit Corporation, individually and d/b/a TARGET STORE #279

TARGET CORPORATION, a Foreign Profit Corporation, individually and d/b/a TARGET STORE #279

      Defendants.

Case No. 21-006644-NO

Judge Sheila Ann Gibson

| | |
|---|---|
| BRIAN L. FANTICH (P60935)<br>CARRA J. STOLLER (64540)<br>ADAM J. GANTZ (P58558)<br>Attorneys for Plaintiff<br>30903 Northwestern Hwy., Suite 270<br>Farmington Hills, MI 48334<br>(248) 855-0100 / (248) 855-3557 (fax) | KENNETH P. WILLIAMS (P55790)<br>Segal, McCambridge Singer & Mahoney<br>Attorney for Defendants<br>29100 Northwestern Hwy., Suite 240<br>Southfield, MI 48034<br>(248) 994-0060 / (248) 994-0061 (fax)<br>kwilliams@smsm.com |

## **APPEARANCE, NOTICE OF APPEARANCE AND PROOF OF SERVICE**

TO:    CLERK OF THE COURT

      PLEASE ENTER THE APPEARANCE of the undersigned as attorney for the Defendants, TARGET STORES, INC. and TARGET CORPORATION, d/b/a TARGET STORE #279, in the above-entitled matter.

                      SEGAL McCAMBRIDGE SINGER & MAHONEY

                      By: /s/ Kenneth P. Williams
                      KENNETH P. WILLIAMS (P55790)
                      Attorneys for Defendants
                      29100 Northwestern Hwy., Suite 240
                      Southfield, MI 48034
                      248-994-0060

Dated: July 7, 2021

Document received by the MI Wayne 3rd Circuit Court.

## NOTICE OF APPEARANCE

TO:    BRIAN L. FANTICH (P60935)
        CARRA J. STOLLER (64540)
        ADAM J. GANTZ (P58558)
        Attorneys for Plaintiff

PLEASE TAKE NOTICE that I have this day caused my appearance to be entered as attorney for Defendants, TARGET STORES, INC. and TARGET CORPORATION, d/b/a TARGET STORE #279, in the above-entitled matter.

        SEGAL McCAMBRIDGE SINGER & MAHONEY

        By: /s/ Kenneth P. Williams
        KENNETH P. WILLIAMS (P55790)
        Attorneys for Defendants
        29100 Northwestern Hwy., Suite 240
        Southfield, MI 48034
        248-994-0060

Dated: July 7, 2021

## PROOF OF SERVICE - EFILE

I hereby certify that on July 7, 2021, I electronically filed the foregoing document and Proof of Service via MiFILE which will electronically send notification of such filing to all counsel of record.

        /s/ Kimberly Ollila
        KIMBERLY OLLILA

Document received by the MI Wayne 3rd Circuit Court.